**No. 09-9747. Nazario Burgos, Petitioner v. Superior Court of Pennsylvania.**

560 U.S. 929, 130 S. Ct. 3329, 176 L. Ed. 2d 1228, 2010 U.S. LEXIS 4301.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 355 Fed. Appx. 585.